**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/18/2019

IN RE:

ROBERT K. MOSLEY
BELINDA G. MOSLEY
2422 LINWOOD AVENUE
ERIE, PA  16510
XXX-XX-4228          Debtor(s)

XXX-XX-6990

Case No.15-10332 TPA

Chapter 13

---

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/18/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM:  1,253.47<br>COMMENT:  6535/SCH*JCP*STALE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7923 |
| **ERIE FEDERAL CREDIT UNION(*)**<br>3503 PEACH ST<br><br>ERIE, PA  16508 | Trustee Claim Number:2   INT %: 12.49%<br>Court Claim Number:2<br><br>CLAIM:  1,888.06<br>COMMENT:  C2GOVS/CNF*2437@12.49%/PL@K-TRMS*PL=K | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 5121 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM:  0.00<br>COMMENT:  C1GOVS/CNF*622/PL*NATIONSTAR/SCH*PMT/DECL*DKT4 PMT-LMT*BGN 4/15 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6107 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CLOSED/EMAIL~DK*449/PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 6990 |
| **ALBERT EINSTEIN HEALTHCARE NETWORK**<br>101 E OLNEY AVE<br><br>PHILADELPHIA, PA  19120 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6885 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DFNCY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1168 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br><br>WILMINGTON, DE  19801 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1453 |
| **BROOKSIDE FIRE COMPANY**<br>3560 ATHEN AVE<br><br>ERIE, PA  16510 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7610 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br><br>URBANDALE, IA  50323 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee / Court Claim | Creditor Description |
|---|---|---|
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6149 |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br><br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  218.10<br>COMMENT:  3099/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5167 |
| **ERIE FEDERAL CREDIT UNION(*)**<br>3503 PEACH ST<br><br>ERIE, PA  16508 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **ERIE COMMUNITY CU**<br>1129 STATE ST<br><br>ERIE, PA  16501 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  784.86<br>COMMENT:  7674/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5121 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>C/O GREAT LAKES EDUCATIONAL LOAN SVCS II<br>PO BOX 790321<br><br>ST LOUIS, MO  63179-0321 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:9-2<br>CLAIM:  13,430.40<br>COMMENT:  1979/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6990 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*GE CAP | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6535 |
| **HERTEL & BROWN PHYSICAL THERAPY**<br>902 W ERIE PLAZA DR<br><br>ERIE, PA  16505-4536 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **THD/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6420 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*LANE BRYANT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7051 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5442 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH  43218 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8799 |
| **CITI/SHELL**<br>POB 6497<br>SIOUX FALLS, SD  57117-6497 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9880 |
| **COLLECTION SERVICE CENTER INC**<br>363 VANADIUM RD STE 109<br>PO BOX 13446<br>PITTSBURGH, PA  15243-0446 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ST VINC HEALTH CNTR | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  12VN |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI  53701 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5867 |
| **UNITED COLLECTION SERVICE**<br>16040 CHRISTENSEN RD STE 305<br>SEATTLE, WA  98188 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0400 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  252.83<br>COMMENT:  9689/SCH*ACCOUNT OPEN: 7/17/13 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  299.19<br>COMMENT:  CHARGE OFF DATE: 10/31/13 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  4,969.19<br>COMMENT:  C1GOVS/CNF*6K/PL*NATIONSTAR/SCH*THRU 3-15 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  6107 |
| **ERIE WATER WORKS***<br>340 WEST BAYFRONT PKWY<br>ERIE, PA  16507-2004 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  1,358.16<br>COMMENT:  CL4GOVS/CNF*NT PROV/PL*TAX YRS/CL?*ADDED/AMD E@PRI*2015*DKT | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  7360 |
| **NATIONAL FUEL GAS DISTRIB CORP**<br>POB 2081<br>ERIE, PA  16512 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  2,583.77<br>COMMENT:  4806~ADDED/AMD F: 5/4/15 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9548 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **PENELEC**<br>PO BOX 16001<br>ATTN REVENUE ASSURANCE<br>READING, PA  19612-6001 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 598.21<br>COMMENT: /AMD F: 6/22/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3067 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 68.15<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2044 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK OF NY MELLON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

CLAIM RECORDS
Case 15-10332-TPA    Doc 45    Filed 11/18/19    Entered 11/18/19 14:27:03    Desc
Page 6 of 6