IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 15-10332 TPA |
| Robert K. Mosley | ) | Chapter 13 |
| Belinda G. Mosley | ) | Docket No. |
| *Debtors* | ) | |
| | ) | |
| Robert K. Mosley | ) | |
| Belinda G. Mosley | ) | |
| *Movants* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 10, 2015 at docket numbers 32 and 33 the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by the Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

<u>May 1, 2020</u>                                            Respectfully submitted,
Date

                                                           <u>/s/ Kenneth M. Steinberg</u>
                                                           Kenneth M. Steinberg
                                                           Attorney for the Debtors

                                                           STEIDL & STEINBERG
                                                           Suite 2830 – Gulf Tower
                                                           707 Grant Street
                                                           Pittsburgh, PA  15219
                                                           (412) 391-8000
                                                           kenny.steinberg@steidl-steinberg.com
                                                           PA I.D. No. 31244

**PAWB Local Form 24 (07/13)**