**Form 600a**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Robert K. Mosley** | Case No. 15−10332−TPA |
| **Belinda G. Mosley** | Chapter: 13 |
| *Debtor(s)* | |
| | |
| Ronda J. Winnecour, Ch 13 Trustee | |
| *Movant(s),* | |
| | Related to Document No. 47 |
| v. | |
| No Respondent | Hearing Date: 6/24/20 at 12:00 PM |
| *Respondent(s).* | |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND TELEPHONIC HEARING ON MOTION

*AND NOW,* this *The 30th of April, 2020*, a *Trustee's Motion for Approval of Report of Receipts and Disbursements − Plan Completed* having been filed at Doc. No. 47 by Ronda J. Winnecour, Ch 13 Trustee,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

(2)  **On or before June 15, 2020,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

(3)  This *Motion* is scheduled for a **telephonic**, non−evidentiary hearing on *June 24, 2020* at *12:00 PM* in at which time the parties and/or their counsel shall appear **telephonically** and the Court will dispose of the *Motion*. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by the Judge's procedures on the Court's website.

(4)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter an order by default. **To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**.

Dated: April 30, 2020

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All parties

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-10332-TPA
Robert K. Mosley                                                    Chapter 13
Belinda G. Mosley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: lmar                  Page 1 of 2                  Date Rcvd: Apr 30, 2020
                               Form ID: 600a               Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
```
db/jdb         +Robert K. Mosley,    Belinda G. Mosley,    2422 Linwood Avenue,    Erie, PA 16510-1514
cr             +THE BANK OF NEW YORK MELLON,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton,, FL  33487,    UNITED STATES 33487-2853
14100260        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
14017195       +Barclays Bank Delaware,    700 Prides Xing,    Newark, DE 19713-6109
14030801       +Brookside Fire Company,    3560 Athens Street,    Erie, PA 16510-3099
14017196        Chase Card,    PO Box 15298,    Reading, PA 19650
14017198       +Citibank/Sears,    PO Box 6283,    Sioux Falls, SD 57117-6283
14017199       +Direct TV,    c/o Diversified Collections,    10550 Deerwood Park Boulevard, #309,
                 Jacksonville, FL 32256-2805
14030802       +Enhanced Recovery,    PO Box 1967,    Southgate, MI 48195-0967
14017200       +Erie Community Federal Credit Union,    1129 State Street,    Erie, PA 16501-1911
14040592       +Erie Water Works,    340 West Bayfront,    Erie, PA 16507-2004
14017204       +Great Lakes Higher Education,    PO Box 7860,    Madison, WI 53707-7860
14017205       +Hertel Brown Physical Therapy,    PO Box 1623,    Butler, PA 16003-1623
14017206       +Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
14017211      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
14066581       +Penelec,    PO Box 3687,    Akron, OH 44309-3687
14017212       +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
14017213       +Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,    King Of Prussia, PA 19406-4702
14017214       +Shell/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14017215       +St. Vincent Health Center,    c/io Collection Service Center,    PO Box 14931,
                 Pittsburgh, PA 15234-0931
14017216       +State Collection Inc.,    2509 Stroughton Road,    Madison, WI 53716-3314
14062846        US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
14017217       +United Collection Service,    106 Commerce Street, Suite 106,    Lake Mary, FL 32746-6217
14017218       +Verizon PA,    c/o Debt Recovery Solutions,    900 Merchants Consourse 106,
                 Westbury, NY 11590-5114
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com May 01 2020 03:15:27
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14030800       +E-mail/Text: tropiann@einstein.edu May 01 2020 03:09:25      Albert Einstein Healthcare Network,
                 101 E. Olney Avenue,    Philadelphia, PA 19120-2470
14017194       +E-mail/Text: ally@ebn.phinsolutions.com May 01 2020 03:09:14      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
14060645        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 01 2020 03:16:00
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14017197       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2020 03:15:27      Citibank,
                 c/o Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 100,
                 Norfolk, VA 23502-4952
14017201        E-mail/Text: kthomas@eriefcu.org May 01 2020 03:09:23      Erie Federal Credit Union,
                 1109 East 38th Street,    Erie, PA 16504-1898
14017203       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2020 03:15:27      GE Capital,
                 c/o Portfolio Recovery Associates,    120 Corporate Drive, Suite 100,    Norfolk, VA 23502-4952
14017208        E-mail/PDF: gecsedi@recoverycorp.com May 01 2020 03:15:51      JC Penney/Synchrony Bank,
                 PO Box 965007,    Orlando, FL 32896-5007
14017209       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2020 03:15:26      Lane Bryant,
                 c/o Portfolio recovery Associates,    120 Corporate Drive, Suite 100,    Norfolk, VA 23502-4952
14017210       +E-mail/Text: bankruptcydpt@mcmcg.com May 01 2020 03:09:32      Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14040591       +E-mail/Text: Bankruptcy@natfuel.com May 01 2020 03:09:33      National Fuel,    1100 State Street,
                 Erie, PA 16501-1912
14096226        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2020 03:15:26
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14025298        E-mail/PDF: rmscedi@recoverycorp.com May 01 2020 03:15:26
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14033013       +E-mail/Text: bncmail@w-legal.com May 01 2020 03:09:37      The Bank of New York Mellon,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
14017219       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 01 2020 03:09:12
                 Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
                                                                                               TOTAL: 15
```

```
District/off: 0315-1           User: lmar                  Page 2 of 2                   Date Rcvd: Apr 30, 2020
                               Form ID: 600a               Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage as servicer for THE BANK OF NE
14017207        IRS
14017202*       Erie Federal Credit Union,   1109 East 38th Street,   Erie, PA 16504-1898
14072860        ##+Penelec,   331 Newman Springs Rd., Bldg. 3,   Red Bank, NJ 07701-6771
                                                                                              TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for THE BANK OF NEW
               YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as
               Trustee for Nationstar Home Equity Loan Trust 2006- bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Robert K. Mosley julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Belinda G. Mosley
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi  Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON smncina@rascrane.com
                                                                                              TOTAL: 6