**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT K. MOSLEY<br>BELINDA G. MOSLEY<br>    Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>    Movant<br>      vs.<br>No Respondents. | Case No.:15-10332 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 27, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/26/2015 and confirmed on 7/31/15 . The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 57,525.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,525.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 2,389.66 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,789.66 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 35,850.03 | 0.00 | 35,850.03 |
|     Acct: 6107 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 4,969.19 | 4,969.19 | 0.00 | 4,969.19 |
|     Acct: 6107 | | | | |
|   ERIE WATER WORKS* | 1,358.16 | 1,358.16 | 0.00 | 1,358.16 |
|     Acct: 7360 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 1,888.06 | 1,888.06 | 166.11 | 2,054.17 |
|     Acct: 5121 | | | | |
| | | | | 44,231.55 |
| **Priority** | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT K. MOSLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6990 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 1,253.47 | 482.62 | 0.00 | 482.62 |
|     Acct: 7923 | | | | |
|   ALBERT EINSTEIN HEALTHCARE NETWC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6885 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1168 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1453 | | | | |
|   BROOKSIDE FIRE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7610 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6149 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DII | 218.10 | 83.98 | 0.00 | 83.98 |
| Acct: 5167 | | | | |
| ERIE FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ERIE FEDERAL CREDIT UNION(*) | 784.86 | 302.19 | 0.00 | 302.19 |
| Acct: 5121 | | | | |
| UNITED STATES DEPARTMENT OF EDUC | 13,430.40 | 5,171.06 | 0.00 | 5,171.06 |
| Acct: 6990 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6535 | | | | |
| HERTEL & BROWN PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6420 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7051 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5442 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8799 | | | | |
| CITI/SHELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9880 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 12VN | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5867 | | | | |
| UNITED COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0400 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOF | 252.83 | 97.35 | 0.00 | 97.35 |
| Acct: 0001 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOF | 299.19 | 115.20 | 0.00 | 115.20 |
| Acct: 0001 | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 2,583.77 | 994.82 | 0.00 | 994.82 |
| Acct: 9548 | | | | |
| PENELEC | 598.21 | 230.33 | 0.00 | 230.33 |
| Acct: 3067 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOF | 68.15 | 26.24 | 0.00 | 26.24 |
| Acct: 2044 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,503.79 |

TOTAL PAID TO CREDITORS                                                   51,735.34

|  |  |
|---|---:|
| TOTAL CLAIMED | 0.00 |
| PRIORITY | 8,215.41 |
| SECURED | 19,488.98 |

Date: 04/27/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ROBERT K. MOSLEY
    BELINDA G. MOSLEY
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:15-10332 TPA

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                   BY THE COURT:

                                                   U.S. BANKRUPTCY JUDGE

```
                                    United States Bankruptcy Court
                                    Western District of Pennsylvania
In re:                                                                          Case No. 15-10332-TPA
Robert K. Mosley                                                                Chapter 13
Belinda G. Mosley
         Debtors                                 CERTIFICATE OF NOTICE
District/off: 0315-1           User: lmar                  Page 1 of 2                  Date Rcvd: Apr 30, 2020
                               Form ID: pdf900             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db/jdb         +Robert K. Mosley,    Belinda G. Mosley,    2422 Linwood Avenue,    Erie, PA 16510-1514
cr             +THE BANK OF NEW YORK MELLON,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton,, FL   33487,    UNITED STATES 33487-2853
14100260        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
14017195       +Barclays Bank Delaware,    700 Prides Xing,    Newark, DE 19713-6109
14030801       +Brookside Fire Company,    3560 Athens Street,    Erie, PA 16510-3099
14017196        Chase Card,    PO Box 15298,    Reading, PA 19650
14017198       +Citibank/Sears,    PO Box 6283,   Sioux Falls, SD 57117-6283
14017199       +Direct TV,    c/o Diversified Collections,    10550 Deerwood Park Boulevard, #309,
                 Jacksonville, FL 32256-2805
14030802       +Enhanced Recovery,    PO Box 1967,    Southgate, MI 48195-0967
14017200       +Erie Community Federal Credit Union,    1129 State Street,    Erie, PA 16501-1911
14040592       +Erie Water Works,    340 West Bayfront,    Erie, PA 16507-2004
14017204       +Great Lakes Higher Education,    PO Box 7860,    Madison, WI 53707-7860
14017205       +Hertel Brown Physical Therapy,    PO Box 1623,    Butler, PA 16003-1623
14017206       +Home Depot,    PO Box 6497,   Sioux Falls, SD 57117-6497
14017211      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX 75067)
14066581       +Penelec,   PO Box 3687,    Akron, OH 44309-3687
14017212       +Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
14017213       +Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,    King Of Prussia, PA 19406-4702
14017214       +Shell/Citibank,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
14017215       +St. Vincent Health Center,    c/io Collection Service Center,    PO Box 14931,
                 Pittsburgh, PA 15234-0931
14017216       +State Collection Inc.,    2509 Stroughton Road,    Madison, WI 53716-3314
14062846        US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
14017217       +United Collection Service,    106 Commerce Street, Suite 106,    Lake Mary, FL 32746-6217
14017218       +Verizon PA,    c/o Debt Recovery Solutions,    900 Merchants Consourse 106,
                 Westbury, NY 11590-5114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com May 01 2020 03:15:54
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
14030800       +E-mail/Text: tropiann@einstein.edu May 01 2020 03:09:25      Albert Einstein Healthcare Network,
                 101 E. Olney Avenue,    Philadelphia, PA 19120-2470
14017194       +E-mail/Text: ally@ebn.phinsolutions.com May 01 2020 03:09:14      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
14060645        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 01 2020 03:15:59
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
14017197       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2020 03:15:55      Citibank,
                 c/o Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 100,
                 Norfolk, VA 23502-4952
14017201        E-mail/Text: kthomas@eriefcu.org May 01 2020 03:09:23      Erie Federal Credit Union,
                 1109 East 38th Street,    Erie, PA 16504-1898
14017203       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2020 03:16:21      GE Capital,
                 c/o Portfolio Recovery Associates,    120 Corporate Drive, Suite 100,    Norfolk, VA 23502-4952
14017208        E-mail/PDF: gecsedi@recoverycorp.com May 01 2020 03:15:25      JC Penney/Synchrony Bank,
                 PO Box 965007,    Orlando, FL 32896-5007
14017209       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2020 03:15:28      Lane Bryant,
                 c/o Portfolio recovery Associates,    120 Corporate Drive, Suite 100,    Norfolk, VA 23502-4952
14017210       +E-mail/Text: bankruptcydpt@mcmcg.com May 01 2020 03:09:32      Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14040591       +E-mail/Text: Bankruptcy@natfuel.com May 01 2020 03:09:33      National Fuel,   1100 State Street,
                 Erie, PA 16501-1912
14096226        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2020 03:15:27
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14025298        E-mail/PDF: rmscedi@recoverycorp.com May 01 2020 03:15:55
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14033013       +E-mail/Text: bncmail@w-legal.com May 01 2020 03:09:37      The Bank of New York Mellon,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
14017219       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 01 2020 03:09:13
                 Verizon Wireless,    PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                              TOTAL: 15
```

```
District/off: 0315-1              User: lmar                    Page 2 of 2                  Date Rcvd: Apr 30, 2020
                                  Form ID: pdf900               Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage as servicer for THE BANK OF NE
14017207        IRS
14017202*       Erie Federal Credit Union,   1109 East 38th Street,   Erie, PA 16504-1898
14072860    ##+Penelec,   331 Newman Springs Rd., Bldg. 3,   Red Bank, NJ 07701-6771
                                                                                      TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for THE BANK OF NEW
               YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as
               Trustee for Nationstar Home Equity Loan Trust 2006-  bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Robert K. Mosley julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Belinda G. Mosley
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi  Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON smncina@rascrane.com
                                                                                             TOTAL: 6
```